August 24, 2007

Ms. Marianne R. Sulser
Brown McCarroll LLP
1111 Bagby, 47th Floor
Houston, TX 77002

Ms. Lisa Powell
Atlas & Hall, L.L.P.
P. O. Box 3725
McAllen, TX 78501
Honorable Rose Guerra Reyna
206th District Court
100 N. Closner, 2nd Floor
Edinburg, TX 78539

RE: Case Number: 04-0061
 Court of Appeals Number: 13-03-00289-CV
 Trial Court Number: C-2020-02D

Style: IN RE H&R BLOCK FINANCIAL ADVISORS, INC. AND ROBERT BULLOCK

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy |
| |Wilborn |
| |Mr. Omar |
| |Guerrero |